UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-10-02655-DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNDETERMINED QUANTITIES OF 57 ARTICLES OF DRUGS, MORE OR LESS, | |
| Defendants. | |

The Court is in receipt of the request from Marie Mirch, counsel for Defendant James Forsythe, to appear telephonically at the Case Management Conference on **October 13, 2010 at 1:30 PM.** The request is GRANTED.

IT IS SO ORDERED.

Dated: October 8, 2010

IT IS SO ORDERED

Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge