UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-10-02655-DMR |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| UNDETERMINED QUANTITIES OF 57 ARTICLES OF DRUGS, MORE OR LESS, | |
| Defendants. | |

Per the parties' discussion at the Case Management Conference held on October 13, 2010, the Court VACATES the October 28, 2010 hearing noticed on the Claim Contesting Forfeiture filed by Defendant-claimant James Forsythe, which was improperly noticed as a motion. *See* Docket No. 20. Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Defendant-claimant must either serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim. As both parties agreed that no discovery or trial is needed in this case, and the case can be decided on motion, the Court set a date of February 24, 2011 at 11:00 a.m. for hearing on any dispositive motions.

IT IS SO ORDERED.

Dated: October 19, 2010

_____
DONNA M. RYU
United States Magistrate Judge