TONY WEST
Assistant Attorney General, Civil Division
United States Department of Justice
MELINDA HAAG (CSBN 132612)
United States Attorney
EUGENE M. THIROLF (MO 22222)
Director, Office of Consumer Litigation
ADRIENNE FOWLER (NY)
Trial Attorney, Office of Consumer Litigation
United States Department of Justice

    Liberty Square Building, Room 6400
    450 Fifth St., NW
    Washington, D.C. 20530
    Telephone: (202) 514-9471
    FAX: (202) 514-8742
    Adrienne.E.Fowler@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, | No. C 10-2655 DMR |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER SUBSTITUTING COUNSEL** |
| UNDETERMINED QUANTITIES OF 57 ARTICLES OF DRUGS, MORE OR LESS, | |
|     Defendants. | |

    Adrienne Fowler, Trial Attorney with the United States Department of Justice, Office of Consumer Litigation, is hereby substituted as an attorney of record for Plaintiff United States of America in place of attorneys Roger J. Gural and Edward A. Olsen.

DATED: February 18, 2011

_____
Hon. Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

[~~Proposed~~] Order Substituting Counsel
C 10-2655 DMR